JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GRACIELA BLANCAS,<br><br>  Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; JOSE HERNANDEZ; MARIEL GONZALEZ; and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No.: 5:15-cv-01892-BRO-KK<br><br>**ORDER FOR STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Complaint Filed: April 21, 2015<br>Case Removed: September 16, 2015<br>Trial Date: July 9, 2016 |

UPON THE STIPUILATION OF THE PARTIES, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

Dated: __May 27__, 2016        _____
                                Beverly Reid O'Connell
                                United States District Judge

[Proposed] Order for Stipulation to Dismiss Action with Prejudice (01077966).DOC            1

ORDER FOR STIPULATION TO DISMISS ACTION WITH PREJUDICE